1006

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC E. BURTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04340-1, Salvatore F. Cozza, J., entered August 30, 2010. *Affirmed as modified* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

PRIME REAL ESTATE CLOSING & ESCROW, LLC, *Respondent*, v. CRAIG R. HEBERLING ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-01762-4, Salvatore F. Cozza, J., entered September 24, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CLAYTON TURLEY, JR., *Appellant.*

Appeals from a judgment of the Superior Court for Stevens County, No. 08-1-00005-7, Allen Nielson, J., entered December 30, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

*In the Matter of the Marriage of* MARK RAYMON KRANCHES, *Appellant*, and PAMELA JEAN KRANCHES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-00570-4, Salvatore F. Cozza, J., entered April 7, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.